PROB 12C
(7/93)

Report Date: September 11, 2009

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 14 2009

JAMES R LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

Name of Offender: Jose Dorantes-Correa          Case Number: 2:06CR00101-001

Address of Offender: San Diego Metropolitan Correctional Center, San Diego, California

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Chief U.S. District Judge

Date of Original Sentence: 11/15/2006

| | | |
|---|---|---|
| Original Offense: | Alien in United States After Deportation, 8 U.S.C. § 1326 | |
| Original Sentence: | Prison - 33 Months; TSR - 36 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Pamela J. Byerly | Date Supervision Commenced: 02/13/2009 |
| Defense Attorney: | Amy Rubin | Date Supervision Expires: 02/12/2012 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| 2 | **Special Condition # 14**: You are prohibited from returning to the United States without advance legal permission from the United States Attorney General or his designee. Should you reenter the United States, you are required to report to the probation office within 72 hours of reentry. |
| | **Supporting Evidence**: Mr. Dorantes-Correa is considered to be in violation of his conditions of supervised release as he committed another Federal crime by returning to the United States without advance legal permission on or about September 4, 2009. |
| | According to a criminal complaint dated September 8, 2009, signed by the Honorable William McCurine, Jr., U.S. Magistrate Judge for the Southern District of California, "on or about September 4, 2009, within the Southern District of California, defendant, Jose Ines Dorantes-Correa, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security, having |

Prob12C
Re: Dorantes-Correa, Jose
September 11, 2009
Page 2

expressly consented to the defendant's re-application for admission into the United States, in violation of Title 8 United States Code, Section 1326."

In an attached statement of probable cause, U.S. Border Patrol agents apprehended the defendant at the intersection of The Lucky Six Truck Trail and State Route 94. This area is approximately 7 miles west of the Tecate, California, Port of Entry, and 4¾ miles north of the international border. The defendant admitted to the border patrol agent that he was a citizen and national of Mexico and illegally present in the United States.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 09/11/2009

s/Matthew L. Thompson

Matthew L. Thompson
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

9/11/09
Date